```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9          CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

10   JONNY CASTILLO,                 )   Case No. EDCV 16-2283-PSG (AS)
                                     )
11                  Petitioner,      )
                                     )   **ORDER ACCEPTING FINDINGS,**
12             v.                    )
                                     )   **CONCLUSIONS AND RECOMMENDATIONS OF**
13   NEIL MCDOWELL, Warden,          )
                                     )   **UNITED STATES MAGISTRATE JUDGE**
14                  Respondent.      )
                                     )
15                                   )

16
17
18        Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19   Petition, all of the records herein and the attached Report and
20   Recommendation of United States Magistrate Judge. After having made a *de*
21   *novo* determination of the portions of the Report and Recommendation to
22   which objections were directed, the Court concurs with and accepts the
23   findings and conclusions of the Magistrate Judge.
24
25        **IT IS ORDERED** that Judgment be entered denying and dismissing the
26   Petition with prejudice.
27
28
```

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 6/28/17

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE